IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**ALFORD M. HALL**,

   Plaintiff,

v.

**GEORGIA DEPARTMENT OF HUMAN SERVICES, CLYDE L. REESE III, Commissioner, and SATILLA COMMUNITY SERVICES CSB**,

   Defendants.

Civil Action No. 7:11-CV-167 (HL)

## ORDER

The Court has made an initial review of this case. While the complaint was filed in the Valdosta Division of the United States District Court for the Middle District of Georgia, it is clear from the body of the complaint that counsel intended to file, and should have filed, the case in the Waycross Division of the United States District Court for the Southern District of Georgia. In fact, counsel even captioned the case for that district and division.

When venue is improper, a court may either dismiss the action or transfer the case to an appropriate venue. See 28 U.S.C. § 1406(a). The Court finds it appropriate to transfer this case, and so transfers it to the Waycross Division of the Southern District of Georgia.

**SO ORDERED**, this is 8th day of December, 2011.

mbh

    *s/ Hugh Lawson*
    **HUGH LAWSON, SENIOR JUDGE**